# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHARKY'S WOODFIRED MEXICAN GRILL- ALISO VIEJO, a business form unknown; TODD I. SCHIFFMAN, AS TRUSTEE OF THE TODD I. SCHIFFMAN LIVING TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00488-JLS-MRW<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") and Sharky's Woodfired Mexican Grill- Aliso Viejo and Todd I. Schiffman ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 21, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE